# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>WARNER-TAMERLANE<br>PUBLISHING CORP.; LESS THAN<br>ZERO MUSIC; SOUTHFIELD ROAD<br>MUSIC; FAKE AND JADED MUSIC;<br>SCREEN GEMS-EMI MUSIC, INC;<br>FOURTEENTH HOUR MUSIC INC.;<br>SPRINGTIME MUSIC, INC.;<br>RONDOR MUSIC INTERNATIONAL,<br>INC. d/b/a IRVING MUSIC; SONGS<br>OF UNIVERSAL, INC.; CROOKED<br>CHIMNEY MUSIC INC.; GOLD HILL<br>MUSIC, INC.,<br><br>                    Plaintiffs,<br><br>vs.<br>L & J CAISSEY INC. d/b/a GRUB<br>STAKE a/k/a THE ORIGINAL GRUB<br>STAKE a/k/a THE GRUBSTAKE<br>LOUNGE; LOUIS CAISSEY, JR. and<br>JEANETTE CAISSEY, each<br>individually,<br><br>                    Defendants. | No. CV 20-10-H-SEH<br><br>**ORDER** |

Plantiffs having filed a Notice of Dismissal with Prejudice,[1]

---

[1]Doc. 10.

ORDERED:

This case is DISMISSED with prejudice, each party to bear its own costs

and fees.

DATED this _24ᵗʰ_ day of April, 2020.

SAM E. HADDON
United States District Judge